IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lori Marie B., :
:
    Plaintiff, :
: Case Number: 1:22cv184
vs. :
: Judge Susan J. Dlott
Kilolo Kijakazi, :
Acting Commissioner of Social Security, :
:
    Defendant. :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    . . . that the parties' Joint Motion to Remand (Doc. #13) is **GRANTED**. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation. This case is terminated on the docket of this Court.

7/29/2022                                                                                            RICH NAGEL, CLERK

                                                                                                                            S/William Miller

                                                                                                                               Deputy Clerk